UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA HAWKINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDEX GROUND,<br><br>　　　　　　　　　　Defendant. | Case No. 3:25-CV-00336-MMD-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　　　On October 27, 2025, the Court ordered that Plaintiff Sierra Hawkins may proceed on the claims included in her First Amended Complaint. (ECF No. 13.) Consequently, Hawkins must complete service of process upon Defendant FedEx Ground on or before **January 26, 2026**. *See* Fed. R. Civ. P. 4(m) (requiring service on defendants within 90 days after a complaint is filed). If Hawkins wishes to have the U.S. Marshal attempt service on this Defendant, she shall follow the instructions contained in this order.

　　　　The Clerk shall ISSUE a summons for Defendant FedEx Ground and send the same to the U.S. Marshal with the address 12501 Mustang Rd., Sparks, NV 89434. The Clerk shall also SEND sufficient copies of the complaint, (ECF No. 7), the screening order, (ECF No. 13), and this order to the U.S. Marshal for service on the Defendant. The Clerk shall SEND to Hawkins one USM-285 form. Hawkins shall have until **December 11, 2025,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

　　　　If Hawkins fails to follow this order, Defendant FedEx Ground will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED:**　October 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE