Courtney K. Lee
Nevada Bar No. 8154
courtney.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

Nadia Lazo (pro hac vice)
nadia.lazo@fedex.com
Patrick Hillard (pro hac vice)
patrick.hillard@fedex.com
FedEx
1000 FedEx Drive
Moon Township, PA  15108
Telephone:  412.859.2074

*Attorneys for Federal Express Corporation, successor
by merger to FedEx Ground Package System, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA HAWKINS,<br><br>     Plaintiff,<br> vs.<br><br>FEDEX GROUND,<br><br>     Defendant. | Case No.:  3:25-cv-00336-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Sierra Hawkins ("Plaintiff") and Defendant Federal Express Corporation ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

- 1 -

Each party to bear its own attorneys' fees, costs and expenses.

DATED this 18th day of March, 2026.

DATED this 18th day of March, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Sierra Hawkins*

Sierra Hawkins
160 Sinclair St # 152
Reno, NV 89434

*In Proper Person*

/s/ *Courtney K. Lee*

Courtney K. Lee
Nevada Bar No. 8154
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Nadia Lazo (pro hac vice)
Patrick Hillard (pro hac vice)
FedEx
1000 FedEx Drive
Moon Township, PA  15108

*Attorneys for Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

March 18, 2026

DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800